# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-86-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| GEORGE THEODORE SUTHERLAND, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 28, 2017. (Doc. 95.) Sutherland timely filed an objection on December 5, 2017. (Doc. 96.) The Court reviews de novo Findings and Recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on November 27, 2017. (Doc. 91.) The United States accused Sutherland of violating his conditions of supervised release by failing to report to the probation office within seventy-two hours of his release from imprisonment. (Doc. 95 at 1.) Judge Johnston found that

Sutherland's violations warrant revocation, and recommended a sentence of seven months custody with no supervised release to follow. (Doc. 95 at 5-6.)

Sutherland objects to Judge Johnston's Findings and Recommendations. (Doc. 96.) He argues that he "can't do seven months." *Id.* at 3. Sutherland believes that an alternative sentence of home detention with electronic monitoring would allow him to pursue work immediately outside the District of Montana. Sutherland further argues that he "has a long going on and needs to get out." *Id.*

The Court has considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations. Sutherland's violations of his conditions represent a serious breach of the Court's trust. These violations warrant revocation of Sutherland's supervised release. A sentence of seven months custody followed by no term of supervised release is sufficient, but not greater than necessary.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 96) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant George Theodore Sutherland be sentenced to custody for seven months, be given credit for time served since his arrest on September 27, 2017, and have no term of supervised release to follow.

DATED this 19th day of December, 2017.

_____
Brian Morris
United States District Court Judge